UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

C.P., FIDEL PEREZ and AIDA C.
PEREZ, a minor, by and through his
next friends

      Plaintiffs,

v.                                Case No: 2:15-cv-238-FtM-29CM

COLLIER COUNTY, JAMES
DRISCOLL, ALAN FLANAGAN
and KEVIN RAMBOSK,

      Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff's Unopposed Motion for Extension of Time to Complete Dispositive Motions, Joint Pre-Trial Statement, All Other Motions, Pre-Trial Conference & Trial (Doc. 41) filed on March 30, 2016.

The parties previously sought and, for good cause shown, were granted an extension of their mediation deadline. Docs. 39, 40. The parties' mediation is currently scheduled for May 23, 2016. Doc. 41. The current deadlines for the parties' dispositive motions, their meeting in person to prepare a joint final pretrial statement, and the filing of a joint final pretrial statement are on or before May 23, 2016. As such, the parties request an extension of these deadlines to occur after mediation. Consequently, the parties also request an extension of the remaining pretrial and trial deadlines. For good cause shown, the motion is due to be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Motion for Extension of Time to Complete Dispositive Motions, Joint Pre-Trial Statement, All Other Motions, Pre-Trial Conference & Trial (Doc. 41) is **GRANTED**.

2. An Amended Case Management and Scheduling Order will be entered by separate Order.

3. All other directives set forth in the Case Management and Scheduling Order (Doc. 20) remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of April, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record