UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

C.P., FIDEL PEREZ and AIDA C.
PEREZ, a minor, by and through his
next friends

      Plaintiffs,

v.                                                                          Case No: 2:15-cv-238-FtM-29CM

COLLIER COUNTY, JAMES
DRISCOLL, ALAN FLANAGAN
and KEVIN RAMBOSK,

      Defendants.

## ORDER

This matter comes before the Court upon review of Defendants' Unopposed Motion to Compel Non-Party to Comply with Subpoena for Documents (Doc. 44), Plaintiffs' Motion to Extend Deadline for Discovery (Doc. 45), Plaintiffs' Amended Motion for Leave to Take Additional Deposition(s) (Doc. 51), and Defendants' Unopposed Motion to Compel Non-Party David Lawrence Center/Monica Arrendondo to Comply with Subpoena for Documents (Doc. 53).

On April 22, 2016, the undersigned held a hearing on these matters. For reasons stated on the record, Defendants' Unopposed Motion to Compel Non-Party to Comply with Subpoena for Documents (Doc. 44) and Defendants' Unopposed Motion to Compel Non-Party David Lawrence Center/Monica Arrendondo to Comply with Subpoena for Documents (Doc. 53) are due to be granted. Plaintiffs' Motion to Extend Deadline for Discovery (Doc. 45) and Plaintiffs' Amended Motion for Leave to

Take Additional Deposition(s) (Doc. 51) are due to be granted in part and denied in part.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendants' Unopposed Motion to Compel Non-Party to Comply with Subpoena for Documents (Doc. 44), filed on April 14, 2016 is **GRANTED**. Nilsa Rivera, Ph.D is hereby ordered to comply with the subpoena dated March 23, 2016.

2. Plaintiffs' Motion to Extend Deadline for Discovery (Doc. 45), filed on April 15, 2016 is **GRANTED** in part and **DENIED** in part. The discovery deadline is extended to **May 20, 2016.** The following conditions shall apply:

    a) Plaintiffs may serve one (1) Request for Production upon Defendants limited to the following:

        i. Any and all audiotaped recordings of items transcribed in the Internal Affairs File, PRB Case #2013-040.

        ii. CCSO Dispatcher/911 Training Manual(s) in effect at the time of the subject incident relevant to this matter.

        iii. Disciplinary and training files of Sally Mulholland, regarding her call dispatcher duties only.

    b) Plaintiffs shall not issue any further Public Records Requests.

3. Plaintiffs' Amended Motion for Leave to Take Additional Deposition(s) (Doc. 51), filed on April 22, 2016 is **GRANTED** in part and **DENIED** in part. Plaintiffs may depose Lt. G. Welch, Lt. L. Weidenhammer, and Sgt. J. Scott. The following conditions shall apply:

        a) Plaintiffs may serve a Subpoena *Duces Tecum* to each deponent, limited to the following:

        i.    CCSO Training Manual(s) at the time of the subject incident relevant to this matter.

        ii.    IA Pro/Blue Team Program's Audit Reports of Flanagan (2008-2013) and Driscoll (2011-2013).

4.    Defendants' Unopposed Motion to Compel Non-Party David Lawrence Center/Monica Arrendondo to Comply with Subpoena for Documents (Doc. 53), filed on April 22, 2016 is **GRANTED**. David Lawrence Center/Monica Arrendondo, MS are hereby ordered to comply with the subpoena dated March 23, 2016.

**DONE** and **ORDERED** in Fort Myers, Florida on this 27th day of April, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record