UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

C.P., FIDEL PEREZ and AIDA C.
PEREZ, a minor, by and through his
next friends

      Plaintiffs,

v.                                                          Case No: 2:15-cv-238-FtM-29CM

COLLIER COUNTY, JAMES
DRISCOLL, ALAN FLANAGAN
and KEVIN RAMBOSK,

      Defendants.

## ORDER

This matter comes before the Court upon review of Defendants' Unopposed Motion to Extend Discovery and Dispositive Motion Deadlines and Motion to Exceed Deposition Limits (Doc. 57), filed on May 4, 2016.

This Court already has extended the discovery deadline twice in this matter. *See* Docs. 31, 56. Additionally, this Court also has twice extended the dispositive motions deadline. *See* Docs. 31, 43. The current discovery deadline, as set forth in the Court's most recent April 27, 2016 Order, is May 20, 2016. Doc. 56. The dispositive motions deadline is July 1, 2016. Doc. 43.

Defendant moves for a two week extension of the discovery and the dispositive motions deadlines. As grounds, Defendants' counsel states that on April 29, 2016 Plaintiffs' counsel produced a third amended witness list containing four additional fact witnesses that Plaintiffs had recently located. Doc. 57 at 2. Due to other

unrelated litigation demands of Defendants' counsel, Defendants seek to extend the discovery deadline to June 3, 2016 to have sufficient time to depose these additional witnesses. *Id.* Defendants also seek to extend the dispositive motions deadline to afford them sufficient time to receive the transcripts of these depositions for use in preparation of their motions for summary judgment. *Id.* at 3. Moreover, Defendants already have taken eight (8) depositions in this matter; accordingly, they seek permission to exceed the limit of ten (10) depositions contemplated by Rule 30 of the Federal Rules of Civil Procedure, to twelve (12) depositions. For good cause shown, the motion is due to be granted.

ACCORDINGLY, it is hereby

**ORDERED**:

1. Defendants Unopposed Motion to Extend Discovery and Dispositive Motion Deadlines and Motion to Exceed Deposition Limits (Doc. 57) is **GRANTED**.

2. Defendants shall have **up to and including June 3, 2016** to depose witnesses Maribel Castellanos, Joel Campbell, Andrea Campbell, and Brittany Flemke. The **May 20, 2016 discovery deadline** shall remain in effect for Plaintiffs.

3. The dispositive motions deadline is extended to **July 15, 2016**.

4. Pursuant to Fed. R. Civ. P. 30(a)(2)(A), Defendants are granted leave to take a total of twelve (12) depositions.

**DONE** and **ORDERED** in Fort Myers, Florida on this 10th day of May, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record